# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DAVID BONNER, #307427,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:23-cv-01231 |
| | ) |
| **CORE CIVICS OF AMERICA,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On January 9, 2024, the Court screened pro se plaintiff David Bonner's complaint under the Prison Litigation Reform Act and found it subject to dismissal for failure to state a claim. The Court nonetheless allowed Plaintiff the opportunity to file an Amended Complaint within 30 days and directed that he be provided with an appropriate complaint form. (Doc. No. 4). Although Plaintiff did not receive the Court's original mailing due to his transfer to another facility, he provided a timely notice of his change of address and the Clerk remailed the Court's order and the complaint form to his new address.

Plaintiff has now filed a Motion for Extension of Time to file his Amended Complaint (Doc. No. 7), citing the delay in his receipt of the Court's Order as grounds for the requested extension. For good cause shown, Plaintiff's Motion (Doc. No. 7) is **GRANTED**.

Plaintiff **MUST** file his Amended Complaint on or before **March 8, 2024**. Plaintiff is cautioned that failure to file an Amended Complaint using the provided form by this deadline (or to seek an extension of the deadline before it expires), or failure to keep the Court apprised of his current address, will result in the dismissal of this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE